Daniel McROBERTS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 77636.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 7, 2001.

S. Paige Canfield, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., and ROBERT G. DOWD, JR., J.

**ORDER**

PER CURIAM.

Defendant, Daniel McRoberts, appeals from the denial of his Rule 24.035 motion after an evidentiary hearing.

The judgment of the trial court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment of the trial court is affirmed. Rule 84.16(b).